# VICTIM IMPACT STATEMENT

UNITED STATES V. _____

CASE NO. _____

NAME: **Andrew Gregory** _____

Many people are more comfortable writing about their experiences.

**For the following questions, feel free to attach additional sheets of paper if needed.**

Mark the words or phrases that best describe your feelings and reactions to this crime.
PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS

### Feelings

- [x] Anger
- [x] Guilt
- [x] Anxiety
- [x] Depression
- [x] Unsafe
- [x] Grief
- [x] Fear
- [ ] Numbness
- [ ] Sad
- [x] Scared
- [x] Tense
- [ ] Confused

### Experiences

- [x] Nightmares
- [x] Forgetfulness
- [x] Fear the Defendant will return
- [ ] Trouble concentrating
- [ ] Uncontrolled crying
- [x] Repeated memory of the crime
- [ ] Appetite change
- [ ] Want to be alone
- [x] No trust in anyone
- [x] Fear of being alone
- [ ] Family not as close
- [ ] Thoughts of suicide
- [ ] Lost job
- [ ] School stress
- [x] Family stress

What would you like the judge to know about you and the impact of this crime?

- nerve pain in legs that gets worse with change of seasons.
- I feel the need to carry a firearm now
- Not comfortable in crowoded areas
- missed 3 months of work
- had to leave work numorars times to go theropy

Please describe below how members of your family have been affected by this crime?

- Family is more concerned about me and my safety.
- Peace has numors talks about what happen with her teropist
- Family on edge and uncomfortable

Have you or members of your family received counseling or therapy? __X__ YES _____ NO

What would you like to see happen to the person who committed the crime against you?

Maxium amount of punishmet. due to reciveing life time of pain doctor vists, and untold complactions of my injury.

Is there anything else you would like the Judge to know before the defendant is sentenced?

They had every intension on Shoting me cause they said "give me your keys or we will shot you" as they had a gun to my head

# VICTIM IMPACT STATEMENT

**Financial Statement**

A. **EXPENSES and DAMAGES**

1. List property lost, destroyed or damaged and its value. (Wherever possible, attach supporting documents such as receipts, repair bills, etc.)

   _____  $_____
   _____  $_____
   _____  $_____

2. List any wages or income you have list as a result of this crime. Attach supporting receipts.

   _725 x 12 weeks_____  $ _8,700_
   _____  $_____

3. List any medical or counseling expenses incurred as a result of this crime. Attach supporting receipts.

   _____  $_____
   _____  $_____
   _____  $_____

4. Describe future medical or counseling expenses anticipated. Attach estimates.

   _____  $_____
   _____  $_____
   _____  $_____

5. If you have any funeral expenses as a result of the crime, please list them and attach receipts, bills or other documentation of your expenses.  If you are claiming any expenses for a headstone, memorial or honoring ceremony, please list those expenses also.

    _____   $_____
    _____   $_____
    _____   $_____

6. List any other expenses including child care, transportation, etc. related to participation in the investigation or prosecution of the offense or attendance at court hearings.

    _____   $_____
    _____   $_____
    _____   $_____

**TOTAL OF CRIME RELATED COSTS:**   $ *8,700*

**B.   REIMBURSEMENT RECEIVED (Please attach receipts)**

Please list any money you were paid by insurance, Crime Victims' Compensation, Social Security, state or tribal government, programs or other sources.  Attach copies or receipts or insurance payments.

If you have already received or expect to receive any payments or benefits from the sources listed, please indicate any amounts received, name of the insurance company and claim number.

Name of Company   _____
Address           _____
Claim Number      _____
Telephone Number  _____

Name of Company   _____
Address           _____
Claim Number      _____
Telephone Number  _____

**TOTAL REIMBURSEMENT:**   $_____