# VICTIM IMPACT STATEMENT

UNITED STATES V. _____

CASE NO. _____

NAME: Breanna Christopher _____

Many people are more comfortable writing about their experiences.

**For the following questions, feel free to attach additional sheets of paper if needed.**

Mark the words or phrases that best describe your feelings and reactions to this crime.
PLEASE REMEMBER THESE ARE ALL NORMAL REACTIONS

**Feelings**

- ☑ Anger
- ☐ Guilt
- ☑ Anxiety
- ☐ Depression
- ☐ Unsafe
- ☐ Grief
- ☐ Fear
- ☐ Numbness
- ☑ Sad
- ☐ Scared
- ☑ Tense
- ☐ Confused

**Experiences**

- ☐ Nightmares
- ☐ Forgetfulness
- ☑ Fear the Defendant will return
- ☐ Trouble concentrating
- ☐ Uncontrolled crying
- ☐ Repeated memory of the crime
- ☐ Appetite change
- ☐ Want to be alone
- ☐ No trust in anyone
- ☐ Fear of being alone
- ☐ Family not as close
- ☐ Thoughts of suicide
- ☐ Lost job
- ☐ School stress
- ☐ Family stress

What would you like the judge to know about you and the impact of this crime?

I've noticed that he has had significant nerve damage, which effects his ability to balance & walk. He has had dreams of being robbed and the only means to defend himself inside the dream was a handgun; which would then completely fall apart, leaving him afraid & vulnerable. Those dreams along with the actual incident, has caused massive amounts of distress. To the point ive had to reassure him he would be okay.

Please describe below how members of your family have been affected by this crime?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Have you or members of your family received counseling or therapy? ____YES ____NO

What would you like to see happen to the person who committed the crime against you?
Considering there is evidence of ~~~~ Multiple Count of crimes they've Committed, they should be Charged the Maximum Sentence without bail or parole

Is there anything else you would like the Judge to know before the defendant is sentenced?

_____

_____

_____

_____

_____

_____

Page 2
Revised 6/2019

| VICTIM IMPACT STATEMENT | Financial Statement |
|---|---|

A. **EXPENSES and DAMAGES**

1. List property lost, destroyed or damaged and its value. (Wherever possible, attach supporting documents such as receipts, repair bills, etc.)

   _____  $_____
   _____  $_____
   _____  $_____

2. List any wages or income you have list as a result of this crime. Attach supporting receipts.

   _____  $_____
   _____  $_____

3. List any medical or counseling expenses incurred as a result of this crime. Attach supporting receipts.

   _____  $_____
   _____  $_____
   _____  $_____

4. Describe future medical or counseling expenses anticipated. Attach estimates.

   _____  $_____
   _____  $_____
   _____  $_____

Page 3
Revised 6/2019

5. If you have any funeral expenses as a result of the crime, please list them and attach receipts, bills or other documentation of your expenses. If you are claiming any expenses for a headstone, memorial or honoring ceremony, please list those expenses also.

   _____ $_____
   _____ $_____
   _____ $_____

6. List any other expenses including child care, transportation, etc. related to participation in the investigation or prosecution of the offense or attendance at court hearings.

   _____ $_____
   _____ $_____
   _____ $_____

   **TOTAL OF CRIME RELATED COSTS:** $_____

**B. REIMBURSEMENT RECEIVED (Please attach receipts)**

Please list any money you were paid by insurance, Crime Victims' Compensation, Social Security, state or tribal government, programs or other sources. Attach copies or receipts or insurance payments.

If you have already received or expect to receive any payments or benefits from the sources listed, please indicate any amounts received, name of the insurance company and claim number.

Name of Company _____
Address _____
Claim Number _____
Telephone Number _____

Name of Company _____
Address _____
Claim Number _____
Telephone Number _____

**TOTAL REIMBURSEMENT:** $_____

Page 4
Revised 6/2019