To whom it may concern:

My brother, Andrew Gregory, has gone through a life altering and tragic experience over 2 and a half years ago. The night that he was a victim of the attempted carjacking and left for dead in the parking lot changed him. He spent weeks in the hospital and rehab facilitation. At first, due to lack of bladder control, he was on a catheter 24/7. He was unable to move at all until full assessments were made of the placement of the bullet in his spinal column. The doctors were unable to perform surgery due to the placement of the bullet in his spinal column. To this day, the fear of the bullet shift is still there. If the bullet moves, he risks damage that could leave him paralyzed.

Andrew is a devoted uncle to my daughter. He used to take her on roller coasters and be able to spend days on adventures with her. Since the shooting, his mobility has been hindered. The concern of the bullet shifting has impacted his ability to ride any ride with her and left him on the side lines for many exciting life experiences. This was an activity that brought joy to his life through spending time with his niece. He now suffers from missing out on that bonding time and any possibility of being able to go on a roller coaster again. While this may seem insignificant to some, this was a lifelong activity that my brother and I had enjoyed since childhood and passed along to my daughter.

Having weeks of your life taken from you as you learn to walk again and use the bathroom again has a strong negative mental impact on any individual. Andrew is in the prime years of his life where he should be able to experience growth and fearlessness, but instead it is the opposite for him. He lives with the fear of being shot again, the fear of being carjacked, the fear of being left for dead, and the fear of having his life cut short. Not only does he live with this fear while he is awake, he suffers from the occasional nightmares from that night. Andrew suffered setbacks that required relearning the simplest of things. When we went to a restaurant on vacation to eat out, we had to find a table where he could sit with his back to the wall. He never used to have anxieties regarding what was going on directly behind him or the potential for what was happening. I have seen him purposefully avoid going outside when it is completely dark. His situational awareness has increased beyond a typical level. Andrew has shown fears of unknown individuals walking around him and his car. This trigger leads to him becoming very defensive, and I can see the fear on his face.

Andrew spent weeks in physical therapy before he was even cleared to return to work. One of the simplest things that was hard for him to work through was just standing on tip toe. He still struggles with this. This may not seem significant, but when you look at how you use your muscles in driving, the lasting impacts can be seen. He is a truck driver for a living, which requires being able to flex your foot muscles in quick response times to avoid accidents. As a truck driver, he has to be able to carry multiple heavy tanks throughout his work shift. Due to my brother's injuries, the company had to make special accommodations so that he could still hold onto his employment. Andrew will never be able to lift anything heavy again. He is unable to exercise like another person his age. Without the proper ability to exercise, he has suffered from other health conditions related to lack of exercise.

When he first came home from rehab, he stayed with me. I watched him have to use a walker just to get around. A young man in his 20s using a walker wearing an adult diaper. He came home from rehab with the catheter still in as he had no bladder control still. He still struggles at times with bladder control issues. Thankfully, he has progressed to not having to use

the catheter and adult diapers at all times. The bladder control issue has been an emotional and physical struggle for him to work through still.

His lifelong impacts have included emotional and physical scars that will never heal properly. My brother was running away and was the true example of a victim. He was not fighting back, but instead fleeing for his life when he was shot in his back without remorse. Although Andrew has a support system getting him through, he still isn't the same brother that I remember before this tragedy. All I want is my brother that I know and love back, who was happy, dreaming of an exciting future, and full of life again, but I know I will never see that in him again. I will always live in fear of getting another call like I did that night. Hearing that your brother has been shot, not knowing if he will walk again let alone survive is a call that I never want to have again.

Thank you for taking the time to hear my point of view regarding this tragic situation that has had lasting impact on my brother.

Andrew's Sister – S.R.